H. Curtiss Abbott, Respondent, v. General Household Utilities Company, Appellant.— Order denying defendant's motion to vacate warrant of attachment affirmed, with ten dollars costs and disbursements. This disposition is without prejudice to defendant's moving to obtain a reduction unless the plaintiff stipulate

to reduce the amount of the attachment to $50,000. In the event of his so stipulating, the defendant may not move for a reduction. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.